**Michael J. Petitti, Jr. – 011667**
**Paige C. Pataky – 029951**
**SHIELDS PETITTI, PLC**
**5090 N. 40th Street, Suite 207**
**Phoenix, Arizona 85018**
**Telephone: (602) 718-3330**
**Facsimile: (602) 675-2356**
**E-Mail: mjp@shieldspetitti.com**
**E-Mail: pcp@shieldspetitti.com**

Attorneys for Plaintiff

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Rhonda Howman, | No. CV-20-02395-PHX-MTL |
| Plaintiff, | |
| v. | **NOTICE OF DISMISSAL** **(without Prejudice)** |
| Arizona State University, as an Agent of the State of Arizona; Arizona State Alumni Association, a division of Arizona State University; State of Arizona; Arizona Board of Regents, in its official capacity as an agent of the State of Arizona; Larry Penley, Karrin Taylor Robson, Ron Shoopman, Lyndel Manson, Bill Ridenour, Fred DuVal, Kate King, Cecilia Mata, Nikhil Dave, Anthony Rusk, Doug Ducey, and Kathy Hoffman, in their official capacities as members of the Arizona Board of Regents, | |
| Defendants. | |

Pursuant to Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure, Plaintiff Rhonda Howman hereby dismisses without prejudice her claims against Defendants, who have not filed an Answer to the unserved Complaint or a Motion for Summary Judgment in the action.

1203724.1

DATED this 9th day of March, 2021.

SHIELDS PETITTI, PLC


By /s/ Michael J. Petitti, Jr.
    Michael J. Petitti, Jr.
    Paige C. Pataky
    5090 N. 40th Street, Suite 207
    Phoenix, Arizona 85018
    Attorneys for Plaintiff

2